United States District Court
Southern District of Texas

**ENTERED**

June 13, 2022

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JAMI SOUZA and MARY MILLER, | § § | CIVIL ACTION NO. 4:21-cv-02733 |
| Plaintiffs, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| HEALTH CARE SERVICE CORPORATION, | § § § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Pending is a Memorandum and Recommendation by Magistrate Judge Sam S. Sheldon dated January 12, 2022. Dkt 33. Also pending are objections filed by Defendant Health Care Service Corporation. Dkt 34.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Upon *de novo* review and determination, the objections by HCSC lack merit. No clear error otherwise appears upon

review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The objections by Defendant Health Care Service Corporation to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkt 34.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 33.

The motion to transfer venue by Defendant Health Care Service Corporation is DENIED. Dkt 23.

Its motion to stay is DENIED AS MOOT. Dkt 25.

SO ORDERED.

Signed on June 13, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge