United States District Court
Southern District of Texas
**ENTERED**
September 16, 2022
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| JAMI SOUZA and MARY MILLER, | § § § | CIVIL ACTION NO. 4:21-cv-02733 |
| Plaintiffs, | § § § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § | |
| HEALTH CARE SERVICE CORPORATION, | § § § § | |
| Defendant. | § | |

## Order

By email to the Case Manager, the parties have notified the Court that they have settled their dispute.

All claims by Plaintiffs Jami Souza and Mary Miller against Defendant Health Care Service Corporation are DISMISSED WITH PREJUDICE.

Plaintiffs may move within sixty days to reinstate their claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on September 16, 2022, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge